UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE:                                                                  )
 POWELL, SHERITA
|                                                                              ) CASE NO. 08-24048
                                                                         )
                                                        Debtor(s)   ) Chapter 7

# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now David R. DuBois and respectfully represents and shows:

1. I am the Trustee for the estate of the above-named Debtor(s), having been so appointed on 12/01/08.

2. That pursuant to the Distribution Summary, I made distribution to the persons named and in the amounts set out therein.

3. One of said checks, namely Check No. 107, dated 5/9/11 in the amount of $71.88 was mailed to the payee thereof, namely Firstsource Financial Solutions at P.O. Box 667, LaPorte, IN 46352; said check was returned with a letter dated 8/10/11 from Firstsource Financial Solutions (see exhibit A). Pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and, accordingly, I am tendering herewith my Check No. 109 in said amount(s) payable to the Clerk, U.S. Bankruptcy Court.

Dated at Portage IN on September 15, 2011.

                                                        /s/David R. DuBois
                                                        David R. DuBois, Trustee and
                                                         Trustee's attorney, #4609-64
                                                        6226 Central Avenue, P.O. Box 14
                                                        Portage, IN 46368-0014
                                                        Telephone: (219)762-5574

**CERTIFICATE OF SERVICE**
I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:
 United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
 Christopher R. Schmidgall, Six West 73rd Ave., , Merrillville, IN 46410
 POWELL, SHERITA,  855 FLOYD STREET, , GARY, IN 46403
Firstsource Financial Solutions, P.O. Box 667, LaPorte, IN 46352
        Dated at Portage, IN on September 15, 2011.
                                                        /s/ David R. DuBois          ...
                                                        David R. DuBois, Trustee